Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

FILED
2017 NOV 14 A 11: 35
U.S. DISTRICT COURT
N.D. OF ALABAMA

TYRONE HARVEY
_____
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Case No. _____
*(to be filled in by the Clerk's Office)*

1:17-cv-01914-VEH-TMP

SEE ATTACHED
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

Attached from (1)

"Deffendants"

1.) 29th Judicial Circuit Court (Prosecuting Agency)

2.) Jimmy Kilgore - Sheriff

3.) Quality Correctional Health Care (Medical Provider)

4.) Todd Houston Barksdale (My Attorney)

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | TYRONE HARVEY |
| All other names by which you have been known: | |
| ID Number | |
| Current Institution | TALLADEGA County Jail |
| Address | P.O BOX B |
| | TALLADEGA, AL 35161 |
| | City / State / Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | 29th Judicial Circuit Court |
| Job or Title *(if known)* | Prosecuting Agency |
| Shield Number | |
| Employer | TALLADEGA Court House |
| Address | |
| | TALLADEGA, AL |
| | City / State / Zip Code |

☐ Individual Capacity   ☑ Official Capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Jimmy Kilgore |
| Job or Title *(if known)* | Sheriff |
| Shield Number | |
| Employer | TALLADEGA County Jail |
| Address | P.O BOX B |
| | TALLADEGA, AL 35161 |
| | City / State / Zip Code |

☐ Individual Capacity   ☑ Official Capacity

2

Defendant No. 3

    Name: QUALITY CORRECTIONAL HEALTHCARE

    Job or Title *(if known)*: MEDICAL PROVIDER

    Shield Number:

    Employer: TALLADEGA COUNTY JAIL

    Address: P.O BOX B TALLADEGA County

    City: TALLADEGA    State: AL    Zip Code: 35461

    ☐ Individual Capacity    ☑ Official Capacity

Defendant No. 4

    Name: TODD Houston Barksdale

    Job or Title *(if known)*: Attorney

    Shield Number:

    Employer: TALLADEGA County Court House

    Address:

    City: TALLADEGA    State: AL    Zip Code:

    ☐ Individual Capacity    ☑ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A. Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☑ State or local officials (a § 1983 claim)

   B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due process rights has been voilated - 1st, 2nd and 5th amendment has Also been voilated - NO MENTAL Health Doctor working at this Jail - Ineffective Councel from Attorney, Also wrongfull Incarceration!

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____N/A_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____(SEE ATTACHED)_____

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other _____N/A_____
   *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____N/A_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

NO MENTAl Health Doctor or Staff working here and medical malpractice on my hand

Date:

4

II                                                                               IV (B)

(D.) **BASIS FOR JURISDICTION / Statement of Claim (3)**

1.) 29th Judicial Circuit court - has violated my Due process rights, and that's a 5th amendment right. I have been here 3 years on Drug Charges and have not been Indicted, AND My bond is impossible to make. Also my 1st and 2nd amendments have been violated.

2.) Jimmy Kilgoie - Sheriff of Talladega county jail Also for wrongfull Incarceration.

3.) Quality Correctional Health care - Inappropriate medical treatment, NO MENTAL HEALTH PHSYCIATRIST. Also medical malpractice on my hand.

4.) TODD BARKSDALE - Ineffective Councel - "my Attorney" Who is in and out of Drug rehab and never file's any of the motions I ask him to file, never answers my calls, or letters, or Never comes to visit me in Talladega county jail, "NEVER". He allowes my rights to be vailated

They ARE All liable for violation of Statute, Ordinance, and regulations! They All arose in my three year stay here.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Attorney grievance was sent August 12, 2017 - on its been 3years so Violation of 1st 2nd and 5th Amendment

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Ineffective Councel - Violation of constitution rights - 1st 2nd 5th Amendments Violated because of Due process violations - and wrongful Incarceration. Also Civil rights violated...

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the courts to fix these sensitive situations! I've been here over 3 years and have not been Indicted on drug charges because of (BAD Councel - Inaffective Councel, violation of Due process and Due Diligence, AND I wish the courts can Drop Charges because of these violations of Constitution rights) Also Money for Mental Anguish because the fact of these Violations has caused much stress on me and drepression. Also praying the courts can change the way the 29th judicial circuit court system handales people's cases, stoping them from Violating other rights!

**VII.**   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Talladega County Jail_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_Medical Malpractice_

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes     N/A

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   TALLADEGA County Jail (Attorney Grievance)

2. What did you claim in your grievance?

   Ineffectived Councel - violation of 1st 2nd and 5th amendments
   Also - Medical Malproctice - MY HAND

3. What was the result, if any?

   most grievance was never returned - others (No Help

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Appealed to the next level but nothing never happend, Talked to Stg. But still no help!!

   I stop writing grievance because nothing never happends, the people you write the grievance on receives the grievance every time and send it back blank most times

7

Grievance Commission

Aug 3, 2017

"Attorney Grievance"

I Tyrone Harvey file this grievance on my counsel Todd Barksdale for reasons of.

Reasons for Ineffective counseling

1.) He has not filed any of my motions I've ask him to file in the 3 years I've been locked up.

2.) There is NO Attorney Client relationship between my self and Mr. Barksdale.

3.) He has been in and out of drug rehab, and for these reasons he has played a big part in my Due process beening voilated.

4.) He's not in my best interest and wish to be granted new counsel for these reasons.

x Tyrone Harvey
Print: Tyrone Harvey
Respectfully

Sworn to and subscribed before me this 6th day of November, 2017

Erin M. Jones

My Commission Expires
10-10-2021

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   The grievance ass to the person/person's you write them on nothing never happens...

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Talked to Medical staff, Stg, and filed grievance. Nothing happens

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I've wrote xil request talk to Attorney, wrote judge, etc, No Help

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes
☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

N/A

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ___N/A___

   Defendant(s) ___N/A___

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ___N/A___

3. Docket or index number
   ___N/A___

4. Name of Judge assigned to your case
   ___N/A___

5. Approximate date of filing lawsuit
   ___N/A___

6. Is the case still pending?

   ☐ Yes
   ☒ No

If no, give the approximate date of disposition. ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   ___N/A___

9

IX.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff     Tyrone Harvey
Prison Identification #        70941
Prison Address                 P.O Box B Talladega County Jail
                               Talladega                AL           35160
                               City                     State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     Nov. 2, 2017
                (Date)

                _Tyrone Harvey_
                Signature of Plaintiff

10